IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| 611 CARPENTER LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:23-CV-823-DII |
| | § | |
| ATLANTIC CASUALTY | § | |
| INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is the report and recommendation of United States Magistrate Judge Susan Hightower concerning Defendant Atlantic Casualty Insurance Company's ("Atlantic") Opposed Motion to Preclude Plaintiff's Claims for Attorneys' Fees Pursuant to the Insurance Code, (Dkt. 8). (R. & R., Dkt. 18). Atlantic timely filed objections to the report and recommendation. (Objs., Dkt. 19).

A party may serve and file specific, written objections to a magistrate judge's findings and recommendations within fourteen days after being served with a copy of the report and recommendation and, in doing so, secure *de novo* review by the district court. 28 U.S.C. § 636(b)(1)(C). Because Atlantic timely objected to the report and recommendation, the Court reviews the report and recommendation *de novo*. Having done so and for the reasons given in the report and recommendation, the Court overrules Atlantic's objections and adopts the report and recommendation as its own order.

Accordingly, the Court **ORDERS** that the report and recommendation of United States Magistrate Judge Susan Hightower, (Dkt. 18), is **ADOPTED**.

**IT IS FURTHER ORDERED** that Atlantic's Opposed Motion to Preclude Plaintiff's Claims for Attorneys' Fees Pursuant to the Insurance Code, (Dkt. 8), is **DENIED**.

**SIGNED** on January 23, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE